# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JENKINS | CIVIL ACTION |
| VERSUS | 18-1079-SDD-RLB |
| VANNOY, ET AL. | |

### RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated May 21, 2020, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Petitioner's application for *habeas corpus* relief is hereby denied, with prejudice, as untimely.

**IT IS FURTHER ORDERED** that, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Signed in Baton Rouge, Louisiana, on June 16, 2020.

*(signature)*

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 13.